425 A.2d 851

Washington, a minor, et al., Appellants v. Anderson,
M. D., et al.

Argued September 11, 1979. Prather G. Randle, for appellants; Charles B. Burr, II, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment affirmed.